GARY W. NEVERS, ESQ., SB#82512
  gnevers@npwlaw.com
SHARLENE D. LEE, ESQ., SB#274033
  slee@npwlaw.com
NEVERS, PALAZZO, PACKARD,
WILDERMUTH & WYNNER, PC
31248 Oak Crest Drive, Suite 100
Westlake Village, California 91361
Telephone: (818) 879-9700
Facsimile: (818) 879-9680

Attorneys for Defendant Compulink Business Systems, Inc.

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ECL GROUP, LLC AND MD OFFICE, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>COMPULINK BUSINESS SYSTEMS, INC.,<br><br>Defendant. | CASE NO. 2:19-cv-02980 PA (PLAx)<br><br>**ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>District Judge: Hon. Percy Anderson<br>Magistrate Judge: Hon. Paul L. Abrams<br><br>Discovery Cutoff: None Set<br>Trial Date: None Set |

Having considered the papers, and finding that good cause exists, the Parties' Stipulated Protective Order is **granted**.

**IT IS SO ORDERED**.

DATED: August 9, 2019

_____
PAUL L. ABRAMS
UNITED STATES MAGISTRATE JUDGE